UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK NA, | No. C 11-05345 JCS |
|     Plaintiff(s), | **ORDER TO SHOW CAUSE** |
|     v. | |
| FIFTH THIRD BANK, | |
|     Defendant(s). | |

    Pursuant to Civil L.R. 16-2, a case management conference was scheduled on February 17, 2012, before this Court in the above-entitled case. Plaintiff was not present. Defendant was not present.

    IT IS HEREBY ORDERED that Plaintiff appear on **March 16, 2012, at 1:30 p.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to appear at the case management conference on February 17, 2012, for failure to prosecute this action, and for failure to comply with the Court's Order of November 3, 2011. A case management conference is also scheduled for March 16, 2012, at 1:30 p.m.

    IT IS SO ORDERED.

Dated: February 24, 2012

                                                JOSEPH C. SPERO
                                                United States Magistrate Judge