**United States District Court**
For the Northern District of California

1

2

3

4              UNITED STATES DISTRICT COURT

5              NORTHERN DISTRICT OF CALIFORNIA

6

7   WELLS FARGO BANK NA,                     No. C 11-05345 JCS

8              Plaintiff(s),
                                             **ORDER TO SHOW CAUSE**
9         v.

10  FIFTH THIRD BANK,

11             Defendant(s).
    _____/
12

13        Pursuant to Civil L.R. 16-2, a case management conference was scheduled on February 17,

14  2012, before this Court in the above-entitled case.  Plaintiff was not present.  Defendant was not

15  present.

16        IT IS HEREBY ORDERED that Plaintiff appear on **March 16, 2012, at 1:30 p.m.,** before

17  Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San

18  Francisco, California, and then and there to show cause why this action should not be dismissed for

19  Plaintiff's failure to appear at the case management conference on February 17, 2012, for failure to

20  prosecute this action, and for failure to comply with the Court's Order of November 3, 2011.  A case

21  management conference is also scheduled for March 16, 2012, at 1:30 p.m.

22        IT IS SO ORDERED.

23

24  Dated:  February 24, 2012

25                                           _____
                                             JOSEPH C. SPERO
26                                           United States Magistrate Judge

27

28